IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE NOWLAN FAMILY TRUST, | ) | ELECTRONICALLY FILED |
| | ) | |
| *Plaintiff*, | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| HERMAN & GEER COMMUNICATIONS, INC. D/B/A HERMES PRESS | ) ) ) | |
| | ) | |
| *Defendant*. | ) ) | |

**MOTION TO COMPEL PRODUCTION OF DOCUMENTS
IN COMPLIANCE WITH A SUBPOENA AND FOR SANCTIONS**

Plaintiff, the Nowlan Family Trust, by and through its undersigned counsel, hereby files this motion to compel compliance with a subpoena served on Herman & Geer Communications, Inc. d/b/a Hermes Press. Plaintiff further moves for sanctions pursuant to Federal Rules of Civil Procedure 37(a)(5). In support of this Motion, the Defendant incorporates the attached Memorandum of Law.

For the foregoing reasons, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Compel Compliance and for Sanctions.

Respectfully submitted,

s/ Frank G. Verterano
VERTERANO & MANOLIS
2622 Wilmington Road
New Castle, PA 16105
(724) 652-0300
PA01528

4434359-1