IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| THE NOWLAN FAMILY TRUST, | ) | ELECTRONICALLY FILED |
|---|---|---|
| Plaintiff, | ) | Case No. 2:16-mc-01038-MRH |
| v. | ) | |
| HERMAN & GEER COMMUNICATIONS, INC. D/B/A HERMES PRESS | ) | |
| Defendant. | ) | |

### ~~O~~RDER

Upon consideration of Plaintiff's, the Nowlan Family Trust's Motion to Correct Caption on Memorandum of Law in Support of Motion to Compel Production of Documents in Compliance with a Subpoena, it is hereby ORDERED this 17th day of November, 2016, that Plaintiff's Motion to Correct Caption on Memorandum of Law in Support of Motion to Compel Production of Documents in Compliance with a Subpoena ("Memorandum") is GRANTED.

The caption of Plaintiff's Memorandum is hereby corrected to remove identification of "THE DILLE FAMILY TRUST" as Defendant, and replace it with "HERMAN & GEER COMMUNICATIONS, INC. D/B/A HERMES PRESS".

_____
J.